1  THERESE Y. CANNATA (SBN 88032)
   JUNA KIM (SBN 230100)
2  JENNIFER C. LEE (SBN 273545)
   CANNATA, CHING & O'TOOLE LLP
3  100 Pine Street, Suite 350
   San Francisco, CA 94111
4  Telephone: (415) 409-8900
   Facsimile:  (415) 409-8904
5
   Attorneys for Defendants
6  ALL STAR AUTO WRECKING, INC.,
   a California corporation aka ALL STAR
7  AUTO RECYCLING; and JOE CREAM, SR.,
   an individual, and JOE CREAM, JR., an individual,
8

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11
   CALIFORNIA SPORTFISHING              CASE NO. 2:11-cv-01771-JAM-CKD
12 PROTECTION ALLIANCE,
                                        **STIPULATION TO FILE ANSWER AND
13         Plaintiff,                   WITHDRAW REQUEST FOR ENTRY OF
                                        DEFAULT; AND ORDER**
14     v.
                                        _____/
15 ALL STAR AUTO WRECKING, INC., a
   California corporation aka ALL STAR
16 AUTO RECYCLING; and JOE CREAM,       First Amended Complaint Filed: 8/26/11
   SR., an individual, and JOE CREAM, JR.,
17 an individual,                       Judge: Hon. John A. Mendez

18         Defendants.
   _____/
19

20

21

22

23

24

25 / / /

26 / / /

27

28

**STIPULATION AND [PROPOSED] ORDER**

Defendants ALL STAR AUTO WRECKING, INC., a California corporation aka ALL STAR AUTO RECYCLING; and JOE CREAM, SR., an individual, and JOE CREAM, JR., an individual, ("defendants" or "All Star"), and Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE's ("Plaintiff" or "CSPA") by and through their respective counsel, stipulate and agree as follows:

1. CSPA will file a withdrawal of its request for entry of default no later than April 10, 2012.

2. Defendants will file an answer to CSPA's operative First Amended Complaint no later than April 10, 2012.

3. Defendants will reimburse CSPA for fees and costs associated with the filing of the request for entry of default and withdrawal thereof in the amount of one thousand dollars ($1,000). Payment shall be made to Jackson & Tuerck, ATTN: Robert Tuerck, Jackson & Tuerck, P.O. Box 148, Quincy, CA 95971, no later than April 16, 2012.

4. Defendants will agree to engage in good faith settlement discussions aimed at resolving this case without extensive litigation.

SO STIPULATED:

Dated: April 10, 2012                    CANNATA, CHING & O'TOOLE LLP

  /s/  Therese Y. Cannata
Therese Y. Cannata
Attorneys for Defendants
ALL STAR AUTO WRECKING, INC.,
a California corporation aka ALL STAR
AUTO RECYCLING; and JOE CREAM, SR.,
an individual, and JOE CREAM, JR., an individual

Dated: April 10, 2012                    JACKSON & TUERCK

  /s/ Robert J. Tuerck (as authorized on 4/10/12)
Robert J. Tuerck
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**STIPULATION AND [PROPOSED] ORDER**

**ORDER APPROVING STIPULATION**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the terms set forth in the above Stipulation are confirmed by this Court.

DATED: April 10, 2012

/s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA