THERESE Y. CANNATA (SBN 88032)
JUNA KIM (SBN 230100)
JENNIFER C. LEE (SBN 273545)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile:  (415) 409-8904

Attorneys for Defendants
ALL STAR AUTO WRECKING, INC.,
a California corporation aka ALL STAR
AUTO RECYCLING; and JOE CREAM, SR.,
an individual, and JOE CREAM, JR., an individual,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>  v.<br><br>ALL STAR AUTO WRECKING, INC., a California corporation aka ALL STAR AUTO RECYCLING; and JOE CREAM, SR., an individual, and JOE CREAM, JR., an individual,<br><br>    Defendants. | CASE NO. 2:11-cv-01771-JAM-CKD<br><br>**STIPULATION TO FILE ANSWER AND WITHDRAW REQUEST FOR ENTRY OF DEFAULT; AND ORDER**<br><br>First Amended Complaint Filed: 8/26/11<br><br>Judge: Hon. John A. Mendez |

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER**

Defendants ALL STAR AUTO WRECKING, INC., a California corporation aka ALL STAR AUTO RECYCLING; and JOE CREAM, SR., an individual, and JOE CREAM, JR., an individual, ("defendants" or "All Star"), and Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE's ("Plaintiff" or "CSPA") by and through their respective counsel, stipulate and agree as follows:

1. CSPA will file a withdrawal of its request for entry of default no later than April 10, 2012.

2. Defendants will file an answer to CSPA's operative First Amended Complaint no later than April 10, 2012.

3. Defendants will reimburse CSPA for fees and costs associated with the filing of the request for entry of default and withdrawal thereof in the amount of one thousand dollars ($1,000). Payment shall be made to Jackson & Tuerck, ATTN: Robert Tuerck, Jackson & Tuerck, P.O. Box 148, Quincy, CA 95971, no later than April 16, 2012.

4. Defendants will agree to engage in good faith settlement discussions aimed at resolving this case without extensive litigation.

SO STIPULATED:

Dated: April 10, 2012                      CANNATA, CHING & O'TOOLE LLP

                                            /s/  Therese Y. Cannata
                                           Therese Y. Cannata
                                           Attorneys for Defendants
                                           ALL STAR AUTO WRECKING, INC.,
                                           a California corporation aka ALL STAR
                                           AUTO RECYCLING; and JOE CREAM, SR.,
                                           an individual, and JOE CREAM, JR., an individual


Dated: April 10, 2012                      JACKSON & TUERCK

                                            /s/ Robert J. Tuerck (as authorized on 4/10/12)
                                           Robert J. Tuerck
                                           Attorneys for Plaintiff
                                           CALIFORNIA SPORTFISHING
                                           PROTECTION ALLIANCE

**<u>ORDER APPROVING STIPULATION</u>**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the terms set forth in the above Stipulation are confirmed by this Court.

DATED: April 10, 2012

/s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA