THERESE Y CANNATA (SBN 88032)
JUNA KIM (SBN 230100)
JENNIFER C. LEE (SBN 273545)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

Attorneys for Defendants
ALL STAR AUTO WRECKING, INC.,
aka ALL STAR AUTO RECYCLING;
JOE CREAM, SR., and JOE CREAM, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALL STAR AUTO WRECKING, INC., a California corporation aka ALL STAR AUTO RECYCLING; and JOE CREAM, SR., an individual, and JOE CREAM, JR., an individual,<br><br>　　　　Defendants. | CASE NO. 2:11-cv-01771-JAM-CKD<br><br>**STIPULATION TO RESET EXPERT DISCLOSURE DATES AND ORDER**<br><br>First Amended Complaint Filed: 8/26/11<br><br>Judge: Hon. John A. Mendez |

　　　　Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants All Star Auto Wrecking, Inc., (aka All Star Auto Recycling), Joe Cream, Sr., and Joe Cream, Jr. (collectively "ALL STAR"), by and through their respective counsel, hereby stipulate and agree as follows:

　　　　WHEREAS Judge Mendez's Status (Pre-Trial Scheduling) Order set (1) the last day to exchange expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by June 14, 2013; and (2) the last day to exchange supplemental disclosure and disclosure of rebuttal expert under Fed. R. Civ. P. 26(a)(2)(c) by June 21, 2013.

---

STIPULATION TO RESET EXPERT DISCLOSURE DATES AND (PROPOSED) ORDER

WHEREAS the Parties are in good faith settlement discussions aimed at resolving this case without extensive litigation and thus wish to extend the deadline for expert witness disclosures to continue settlement efforts.

The Parties stipulate and agree as follows:

1. The last day to exchange expert witness disclosures is now June 28, 2013.
2. The last day to exchange supplemental disclosure and disclosure of rebuttal expert is now July 8, 2013.

SO STIPULATED.

Dated: June 12, 2013                CANNATA, CHING & O'TOOLE LLP

/s/  Therese Y. Cannata
Therese Y. Cannata
Attorneys for Defendants
ALL STAR AUTO WRECKING, INC.,
a California corporation aka ALL STAR
AUTO RECYCLING; and JOE CREAM, SR.,
an individual, and JOE CREAM, JR., an individual

Dated: June 12, 2013                JACKSON & TUERCK

/s/ Robert J. Tuerck (as authorized on 6/11/13)
Robert J. Tuerck
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**ORDER APPROVING STIPULATION**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the terms set forth in the above Stipulation are confirmed by this Court.

DATED: 6/12/2013

/s/ John A. Mendez
Honorable John A. Mendez
Judge of the United States
District Court, Eastern District of California

---

- 2 -
STIPULATION TO RESET EXPERT DISCLOSURE DATES AND (PROPOSED) ORDER