Case 2:11-cv-01771-JAM-CKD   Document 28   Filed 07/01/13   Page 1 of 3

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL: (415)409-8900 ▪ FAX: (415)409-8904

1  THERESE Y CANNATA (SBN 88032)
   JUNA KIM (SBN 230100)
2  JENNIFER C. LEE (SBN 273545)
   CANNATA, CHING & O'TOOLE LLP
3  100 Pine Street, Suite 350
   San Francisco, CA 94111
4  Telephone: (415) 409-8900
   Facsimile:  (415) 409-8904
5
6  Attorneys for Defendants
   ALL STAR AUTO WRECKING, INC.,
7  aka ALL STAR AUTO RECYCLING;
   JOE CREAM, SR., and JOE CREAM, JR.
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | CASE NO. 2:11-cv-01771-JAM-CKD |
| Plaintiff, | |
| v. | **FURTHER STIPULATION TO RESET EXPERT DISCLOSURE DATES AND ORDER** |
| ALL STAR AUTO WRECKING, INC., a California corporation aka ALL STAR AUTO RECYCLING; and JOE CREAM, SR., an individual, and JOE CREAM, JR., an individual, | First Amended Complaint Filed: 8/26/11 |
| Defendants. | Judge: Hon. John A. Mendez |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants All Star Auto Wrecking, Inc., (aka All Star Auto Recycling), Joe Cream, Sr., and Joe Cream, Jr. (collectively "ALL STAR"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS Judge Mendez's Status (Pre-Trial Scheduling) Order set (1) the last day to exchange expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by June 14, 2013; and (2) the last day to exchange supplemental disclosure and disclosure of rebuttal expert under Fed. R. Civ. P. 26(a)(2)(c) by June 21, 2013.

WHEREAS the Parties have made progress with and hope to conclude settlement discussions aimed at resolving this case, and thus wish to *further* extend the deadline for expert witness disclosures to continue settlement efforts. The Parties remain confident that this further extension will not impact the ability of the parties to timely complete expert discovery in this matter, should the matter not settle.

The Parties stipulate and agree as follows:

1. The last day to exchange expert witness disclosures is now July 8, 2013.
2. The last day to exchange supplemental disclosure and disclosure of rebuttal expert is now July 15, 2013.

SO STIPULATED.

Dated: June 28, 2013            CANNATA, CHING & O'TOOLE LLP

/s/ Therese Y. Cannata
Therese Y. Cannata
Attorneys for Defendants
ALL STAR AUTO WRECKING, INC.,
a California corporation aka ALL STAR
AUTO RECYCLING; and JOE CREAM, SR.,
an individual, and JOE CREAM, JR., an individual

Dated: June 28, 2013            JACKSON & TUERCK

/s/ Robert J. Tuerck (as authorized on 6/28/13)
Robert J. Tuerck
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## **ORDER APPROVING STIPULATION**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the terms set forth in the above Stipulation are confirmed by this Court.

DATED: 6/28/2013

/s/ John A. Mendez
Honorable John A. Mendez
Judge of the United States
District Court, Eastern District of California