ROBERT J. TUERCK (Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

ANDREW L. PACKARD (Bar No. 168690)
ERIK M. ROPER (Bar No. 259756)
HALLIE B. ALBERT (Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>ALL STAR AUTO WRECKING, INC., a California corporation aka ALL STAR AUTO RECYCLING, and JOE CREAM, SR., an individual, and JOE CREAM, JR., an individual<br><br>　　　　　　Defendants. | Case No. 2:11-CV-01771-JAM-CKD<br><br>**STIPULATION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER APPROVING SETTLEMENT AGREEMENT AND GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) |

TO THE COURT:

　　Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants All Star Auto Wrecking, Inc., (aka All Star Auto Recycling), and Joe Cream, Jr. (collectively "ALL STAR"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, CSPA, All Star Auto Wrecking, Inc., (aka All Star Auto Recycling), and Joseph Cream, Jr. through their authorized representatives , have settled the case, and a copy of the Mutual Release and Settlement Agreement ("Settlement Agreement") entered into by CSPA and DEFENDANTS is attached hereto as **Exhibit A** and incorporated by this reference;

**WHEREAS**, CPSA submitted the settlement agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE PARTIES:

1. That the Court be requested to approve the Settlement Agreement attached hereto as Exhibit A;

2. That CSPA's claims, as set forth in the Complaint, be dismissed with prejudice, in its entirety and as to all defendants,pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with the terms and conditions of the Settlement Agreement.

DATED:  September 4, 2013         JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DATED:  September 4, 2013         CANNATA CHING & O'TOOLE LLP

/s/ Therese Y. Cannata (as approved on 09/4/2013)
THERESE Y. CANNATA
Attorney for Defendants
ALL STAR AUTO WRECKING, INC.,  JOSEPH CREAM, SR., and JOSEPH CREAM, JR.

# ORDER

**WHEREAS**, the Parties have consented to entry of the foregoing Settlement Agreement and requested the Court's approval and entry thereof; and

**WHEREAS**, pursuant to 33 U.S.C. § 1365(c)(3), the Parties submitted the Settlement Agreement to the United States Attorney General and the Administrator of the United States Environmental Protection Agency and the 45-day review period has been completed without objection by the agencies;

**WHEREAS**, the Court has reviewed the Settlement Agreement and fully considered the Parties' request to enter this Settlement Agreement as an order; and

**WHEREAS**, the Court finds the Settlement Agreement to be: (1) fair, adequate and reasonable; (2) consistent with applicable laws; and (3) protective of the public interest; and

**WHEREAS**, good cause appearing therefore,

1. THIS SETTLEMENT AGREEMENT IS HEREBY APPROVED IN ACCORDANCE THEREWITH;

2. Plaintiff California Sportfishing Protection Alliance's claims against Defendants ALL STAR AUTO WRECKING, INC. (aka ALL STAR AUTO RECYCLING), JOE CREAM, SR., and JOE CREAM, JR., as set forth in the Complaint filed in Case No. 2:11-CV-01771-JAM-CKD, are hereby dismissed with prejudice.

IT IS SO ORDERED.          UNITED STATES DISTRCIT COURT FOR THE
                           EASTERN DISTRICT COURT OF CALIFORNIA


Dated: 9/5/2013            /s/ John A. Mendez_____
                           United States District Court Judge